# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMES PATTON,
:
    Petitioner,                               Case No. 3:13-cv-050

:        District Judge Timothy S. Black
  -vs-                                   Magistrate Judge Michael R. Merz

SHERIFF GENE FISCHER et al.,
:
    Respondents.

## AMENDED ORDER FOR ANSWER

This case is before the court *sua sponte*.

Given the delay in service in this case, Respondent shall, not later than **April 15, 2013**, file an answer showing the true cause of Petitioner's detention.

 March 13, 2013.                                           s/ *Michael R. Merz*
                                                              United States Magistrate Judge