# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**JAMES PATTON,**     **CASE NO. 3:13-cv-50**

    Petitioner,     **Judge Timothy S. Black**
        **Magistrate Judge Michael R. Merz**

  **-vs-**

**SHERIFF EUGENE FISCHER, et al,**

    Respondents.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]**    **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

   **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 14) of the United States Magistrate Judge is **ADOPTED**; the Petition (Doc. 2) is **DISMISSED** without prejudice pending exhaustion of all state court remedies.  Petitioner is **DENIED** a certificate of appealability and the Court certifies to the United States Court of Appeals that an appeal would not be taken in objective good faith.  The case is **TERMINATED** from the docket.


Date: June 11, 2013     **JOHN P. HEHMAN, CLERK**
        By: <u>s/ M. Rogers</u>
       Deputy Clerk