# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **JAMES PATTON,** | **CASE NO. 3:13-cv-50** |
| Petitioner, | **Judge Timothy S. Black** |
| | **Magistrate Judge Michael R. Merz** |
| **-vs-** | |
| **SHERIFF EUGENE FISCHER, et al,** | |
| Respondents. | |

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]     Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]     Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 14) of the United States Magistrate Judge is **ADOPTED**; the Petition (Doc. 2) is **DISMISSED** without prejudice pending exhaustion of all state court remedies. Petitioner is **DENIED** a certificate of appealability and the Court certifies to the United States Court of Appeals that an appeal would not be taken in objective good faith.  The case is **TERMINATED** from the docket.

| | |
|---|---|
| Date: June 11, 2013 | **JOHN P. HEHMAN, CLERK** |
| | By: s/ M. Rogers |
| | Deputy Clerk |